**FILED**

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0720



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0720

GUARDIAN TAX MT, LLC,

       Plaintiff and Appellee,

    v.

JEANNETTE TASEY, and all other
persons Unknown, claiming or who might
claim any Right, title estate or interest in or      ORDER OF MEDIATOR APPOINTMENT
lien or Encumbrance upon the real
property described In the complaint
adverse to Plaintiffs Ownership or any
cloud upon Plaintiffs title Whether the
claim or possible claim is present
Contingent,

       Defendant and Appellant.

     This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

     IT IS ORDERED THAT **Charles R. Cashmore,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this January 31, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:     Eli Jacob Patten, epatten@crowleyfleck.com
       Dennis Michael Eakin, eakin.406law@gmail.com
       David Francis Knobel, dknobel@crowleyfleck.com
       Charles R. Cashmore, ccashlaw@aol.com